# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| HAMPTON B. LUZAK, a citizen of the State of New York, | ) ) ) ) |
| *Plaintiff – Appellant,* | ) ) ) |
| v. | ) ) ) |
| MERRILL BARRINGER LIGHT; J. TRAVIS BRYANT; J. RANDOLPH LIGHT; COASTAL FOREST RESOURCES COMPANY, a Virginia corporation, | ) ) ) ) ) ) ) |
| *Defendants – Appellees,* | ) ) |
| and | ) ) ) |
| PAUL B. BARRINGER II, | ) ) ) |
| *Defendant.* | ) ) |

No. 16-1908
(1:15-cv-00501-AJT-IDD)

## APPELLANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Hampton B. Luzak, pursuant to Fourth Circuit Local Rule 31(c), respectfully moves the Court for an Order Extending Time to File Opening Brief, and shows the following in support of the motion:

1. The Court issued a briefing order in this matter on August 24, 2016. Currently, appellant's opening brief and appendix is due on October 3, 2016 and appellees' answer brief is due on November 7, 2016. Oral argument in this matter has not been set.

2. The undersigned will serve as lead appellate counsel for appellant in this matter, with substantial responsibility for drafting appellant's opening brief, and will argue for appellant before this Court.

3. The undersigned is also lead appellate counsel in the following matters, and is involved in drafting multiple filings and preparing for two major oral arguments in appeals courts in the weeks leading up to October 3, 2016, including:

    a. Oral argument in the U.S. Court of Appeals for the Eleventh Circuit for PODS Enterprises, Inc. in *PODS Enters., LLC v. U-Haul Int'l, Inc.*, Nos. 15-11543 & -13977 (11th Cir.) on September 13, 2016;

    b. Oral argument in the Florida Fourth District Court of Appeals for R.J. Reynolds Tobacco Co. in *R.J. Reynolds Tobacco Co. v. Michael Bakst*, No. 4D14-3867 (Fla. 4th DCA) on September 27, 2016;

    c. Filings in several other cases between now and October 3, 2016.

4. In light of the aforementioned court obligations within the next several weeks, and to provide adequate time to prepare the brief and appendix in this matter, undersigned counsel respectfully requests a thirty (30) day extension of time, until November 2, 2016, to prepare and file appellant's opening brief and the appendix, with subsequent deadlines re-set accordingly.

5. No previous extensions of time have been requested and no party will be prejudiced by granting this motion. The undersigned has conferred with opposing counsel; appellees do not object to the motion.

For these reasons, appellant respectfully requests that the time to file her opening brief and appendix be extended to November 2, 2016.

                    Respectfully submitted,

                    */s/ Jeffrey S. Bucholtz*
                    Jeffrey S. Bucholtz
                    Justin A. Torres
                    KING & SPALDING, LLP
                    1700 Pennsylvania Ave., NW
                    Washington, D.C. 20007
                    (202) 626-2627
                    jbucholtz@kslaw.com
                    jtorres@kslaw.com

                    *Counsel for Appellant*
                    *Hampton B. Luzak*

Dated: September 8, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2016, I did cause to be filed using the Court's e-filing program the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF, which caused service of the foregoing motion to be made on all counsel of record.

    Respectfully submitted,

    */s/ Jeffrey S. Bucholtz*
    Jeffrey S. Bucholtz

    *Counsel for Appellant*
    *Hampton B. Luzak*